FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

SEP 2 9 2023

SEAN F. McAVOY, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

Creator douglas; benson

United States District Court

Eastern District of Washington

douglas; benson )
)
       Sui juris, )
)
    vs. )
)
Kittitas County, Commissioner Brett )
Wachsmith, Commissioner Laura Osiadacz, )
Commissioner Cory Wright, Prosecutor )
Gregory Zempel, Sheriff Clayton Myers, and
Treasurer Amy Cziske
     Defendants

Case No.:__ 1:23-cv-03149- TOR

COMPLAINT AND
INJUNCTIVE RELIEF

Trial by Jury

Affidavit of Complaint and injunctive relief attached.

Dated this Twenty-ninth Day of September in the Year of Two Thousand Twenty-Three
Without Prejudice UCC 1-308 - Without Recourse UCC 3-415

Autographed by_____

douglas; benson, sui juris
Washingtonian, American State National
In care of post office box 737, Kittitas, Washington, [98934]
Cell 509-856-7265   Email: hutnuts@hotmail.com

All Rights Reserved, Reserve Right to Amend
09292023A, Complaint and Injunctive Relief, September 29, 2023

Page  1  of  1 

<div align="center">AFFIDAVIT OF COMPLAINT</div>

For the Record: The within named douglas gregory marlowe; benson, sui juris, living soul, Washingtonian, American State National under the civil flag of peace, living on the land of the sovereign Republic Washington State, Kittitas County, never waiving his rights, and makes this his sworn statement in good faith and Affidavit upon oath and affirmation of belief that the following matters, facts and things set forth are true, correct, and complete to the best of his knowledge:

## I. INTRODUCTION

Since 2019 my wife and I have spent countless hours going through public records discovering that Kittitas County has no lawful authority to bother us at all and are racketeering. We have gone to court to defend ourselves in a fraudulent county code infraction case about twelve times, each time with non-rebutted affidavits and public records evidence only to be overcome by the conspiracy and malicious corruption of Kittitas County public officials and employees. Over the past four years I have had to worry along with my family that the Sheriff will again kidnap me. Kittitas County, the Board of Commissioners Brett Wachsmith, Laura Osiadacz, Cory Wright, Prosecutor Gregory Zempel, Sheriff Clayton Myers, Treasurer Amy Cziske, their deputies and employees and Community Development Services code enforcement officer Toni Berkshire have conspired against rights causing fear and stress trying to defend our land which they have no lawful authority over, they have continued to deprive me of my right to have a fair and impartial hearing and have continued to harass, threaten, and try to intimidate me through code enforcement and the collection of fraudulent [property] taxes. They had a secret hearing on September 1, 2023 with a judge impersonating a Kittitas County Superior Court judge wrote an Order Issuing a Warrant of Abatement and a Warrant of Abatement to give the county and sheriff permission to unlawfully trespass on my land, stand guard with deadly weapons to clear my land, steal all my belongings, and destroy the homestead and home I built with my two hands that my daughter was born in through a surprise attack. I am fearful Kittitas County will

All Rights Reserved, Reserve Right to Amend
09292023A, Complaint and Injunctive Relief, September 29, 2023

1   put my family's life in danger, kidnapping and/or killing us, leaving my family and I homeless,
2   and destroying our constitutional right to life, liberty, and the pursuit of happiness. Kittitas
3   County has continued to unlawfully come after me denying me due process and conspiring
4   against my rights.

5       Public Records evidence state Kittitas County has no official county code, the Board of
6   Commissioners, Sheriff, Prosecutor, and Treasurer have no procedures, which in turn cannot
7   legally delegate authority to any deputy, employee, or appointed public official, the code
8   enforcement officer has no delegation of authority, the Treasurer has no official seal and is
9   collecting [property] taxes fraudulently, and all Kittitas County public officials and employees
10  are acting under their own volition under the color of state law and authority, racketeering, and
11  conspiring against rights. Kittitas County has no lawful authority to bother me at all. I have the
12  right to be left alone. My rights are secured by both the Washington State and United States of
13  America Constitutions.

14  **II. PARTIES IN THIS COMPLAINT**

15  **Sui juris:**

16      douglas; benson

17         In care of post office box 737, Kittitas, Washington

18         Kittitas County, Washington State [98934]

19         Cell 509-856-7265       Email: hutnuts@hotmail.com

20  **Defendants:**

21  1.  Kittitas County

22         *(Auditor's Office)* 205 W 5th Avenue, Suite 105, Ellensburg, WA 98926

23         Kittitas County

24         Work Phone (509) 962-7504      Work Email: auditor@co.kittitas.wa.us

25  2.  Brett Wachsmith

26        Kittitas County Commissioner

27         Home/Mailing Address: 1504 Skyline Drive, Ellensburg, WA 98926

28         Kittitas County

All Rights Reserved, Reserve Right to Amend
09292023A, Complaint and Injunctive Relief, September 29, 2023

Page 2 of 59

Work Address: 205 W 5th Avenue, Suite 108, Ellensburg WA 98926-2887

Work Phone (509) 962-7508   Work Email: brett.wachsmith.co@co.kittitas.wa.us

The Defendant is sued in his official capacity.

3. Laura Osiadacz

Kittitas County Commissioner

Home Address: 501 South A Street, Roslyn, WA 98941

Mailing Address: PO Box 232, Roslyn, WA 98941

Kittitas County

Work Address: 205 W 5th Avenue, Suite 108, Ellensburg WA 98926-2887

Work Phone (509) 962-7508     Work Email: laura.osiadacz@co.kittitas.wa.us

The Defendant is sued in her official capacity.

4. Cory Wright

Kittitas County Commissioner

Home/Mailing Address: 610 Heron Farm Lane, Ellensburg, Washington [98926]

Kittitas County

Work Address: 205 W 5th Avenue, Suite 108, Ellensburg WA 98926-2887

Work Phone (509) 962-7508     Work Email: cory.wright@co.kittitas.wa.us

The Defendant is sued in his official capacity.

5. Gregory Zempel

Kittitas County Prosecutor

Home/Mailing Address: 7100 Manastash Road, Ellensburg, WA 98926

Kittitas County

Work Physical Address: 201 W 7th Ave, Ellensburg, WA 98926

Work Mailing Address: 205 W 5th Ave, Suite 213, Ellensburg, WA 98926

Work Phone (509) 962-7520     Work Email: prosecutor@co.kittitas.wa.us

The Defendant is sued in his official capacity.

6. Clayton Myers

Kittitas County Sheriff

All Rights Reserved, Reserve Right to Amend
09292023A, Complaint and Injunctive Relief, September 29, 2023

Page 3 of 59

1   Home/Mailing Address: 2351 Strande Road, Ellensburg, WA 98926

2   Kittitas County

3   Work Address: 307 W Umptanum Road, Ellensburg WA 98926

4   Work Phone (509) 962-7525    Work Email: sheriff.office@co.kittitas.wa.us

5   The Defendant is sued in his official capacity.

6       7.   Amy Cziske

7          Kittitas County Treasurer

8             Home/Mailing Address: 1510 N Brick Road, Ellensburg, WA 98926

9          Kittitas County

10         Work Address: 205 W 5th Avenue, Suite 102, Ellensburg WA 98926

11         Work Phone (509) 962-7535    Work Email: treasurer@co.kittitas.wa.us

12         The Defendant is sued in her official capacity.

13

14   **III. BASIS FOR JURISDICTION**

15   Federal Question: 28 U.S.C. § 1331.

16   42 U.S.C. § 1983, Due Process Clause, 18 U.S.C. § 241, 18 U.S.C. § 242, 18 U.S.C. § 1341, 18

17   U.S.C. § 1201, 18 U.S.C. § 1202, 18 U.S.C. § 1512, 18 U.S.C. § 2071, 18 U.S.C. § 1961-1968

18

19   **IV. VENUE**

20       Pursuant to 28 U.S.C. § 1391 this is the right court to file this lawsuit because (1) All

21   defendants live in this state AND all of the defendants live in this district and (2) the events I am

22   suing about happened in this district.

23

24   **V.  STATEMENT OF FACTS**

25   **Fraudulent County Code Infractions**

26       In May of 2019 Community Development Services ("CDS") code enforcement officer

27   Toni Berkshire ("Berkshire") committed mail fraud by mailing a Notice of Order to Correct

28   Violations and Affidavit of Mailing to my wife and I without delegation of authority, without

All Rights Reserved, Reserve Right to Amend
09292023A, Complaint and Injunctive Relief, September 29, 2023

procedures, and without an official county code. In June and July of 2019 Berkshire acted under her own volition in bad faith maliciously filing multiple fraudulent infractions against me in court, KITTITAS COUNTY vs. Douglas Benson, I20190002 KIP IN and I20190006 KIP IN against me in the Kittitas County Lower District Court ("LDC") for a total of $9,225. Both Notice of Infractions along with a Summons to Respond (with no clerk signature, nor an affidavit of mailing) were mailed by the court to my post office box, violating summons served; I was never legally served.

I filed a counterclaim for relief of damages for the Bonds of the three Commissioners and Prosecutor. I filed five subpoena duces tecums for the code enforcement officer, CDS Director, and all three Commissioners. The Commissioners were court ordered by Judge Sander to appear and bring with them the legal delegation of authority to the code enforcement officer and CDS Director, which public records state do not exist. On September 13, 2019 I witnessed Commissioner Chairman Cory Wright ("Wright") having a secret ex parte hearing with Judge Paul Sander prior to the hearing the commissioners were court-ordered to appear at as witnesses. In bad faith Judge Sander failed to disclose this secret ex parte hearing with Commissioner Wright to me. All three commissioners failed to appear as court-ordered and were not held in contempt in an act of bad faith to overcome an unrepresented litigant and conspire against rights, depriving me the right to due process.

On Sept. 13, 2019 Judge Sander began the case setting hearing introducing both Case No. I20190002 KIP IN and I20190006 KIP IN; the second of which I had not been issued a notice of hearing from the court that it would be heard on the 13th as well. At the introduction of the Case Setting Hearing I told Judge Sander at least three times in a calm, respectful tone and demeanor that I did not understand and he got angry and accused me of interrupting and told me that if I didn't understand he'd hold me in contempt, and then held me in contempt of court threatening up to thirty days in jail. As my family watched in horror I was kidnapped and taken to the county jail by the Sheriff officer in the courtroom who had no delegation of authority nor procedures and was acting under his own volition with a deadly weapon. During my unlawful imprisonment and kidnapping I remained calm and cooperative with the sheriff officers who questioned and

unlawfully strip searched me without cause in an attempt to harass, humiliate, and intimidate me. The corrections officer forced me to remove all of my clothing for him to visually inspect my buttocks, genitals, and anus, and forced me to wear an inmate jumpsuit, and held me in a solitary confinement cell with the window covered. I was never fingerprinted, photographed, or booked in to the jail. I was forced under threat, duress, and coercion to pay a ransom fee of $200 in Federal Reserve Notes for my release.

In a public record request for all documents of douglas; benson the Sheriff's office stated "there are no records responsive to your request." Public Records stated the Sheriff's office had no procedure manual on September 13, 2019 and no delegation of authority to the undersheriff, deputies, and bailiffs. Only in specifically requesting the Corrections Center Log for September 13, 2019 did I happen to come across my name listed with the specific times of my kidnapping, molestation, and release on ransom. My kidnapping and molestation was a secret, a conspiracy against rights, deprivation of rights and racketeering. At the Lower District Court on September 13, 2019 I was a victim of the racketeering between Sheriff Dana, Judge Sander, Prosecutor Zempel, Commissioner Wright, Commissioner Osiadacz, and Commissioner Wachsmith.

On September 20, 2019 Judge Sander wrote an "Order Granting Defendant's Affidavit of Prejudice and Change of Venue" stating the cases would be sent to the Upper District Court (UDC) to Judge Darrel Ellis. LDC Court Administrator Barbara Demory told me she never sent the record certified with a seal of court to prove its authenticity to the UDC and only sent it electronically. The LDC never officially sent a certified record to be heard in the UDC; the UDC never received jurisdiction of the cases. Acting under her own volition UDC Court Administrator, Diana MacKenzie ("MacKenzie"), accepted an unofficial record from the LDC in a conspiracy against rights and then altered the LDC docket.

January 6, 2020 I arrived early to the UDC for my contested hearing and watched as DPA Royalty knowingly and intentionally tampered with my material witnesses, CDS Director Dan Carlson and Berkshire, taking them in to the meeting room outside the courtroom prior to my contested hearing and shutting the door. As the legal advisor to the UDC Royalty and Judge Ellis conspired against rights to overcome me as an unrepresented litigant. Throughout the contested

hearing I repeatedly requested the commissioners appear as court-ordered and Judge Ellis denied without legal basis. Public Records from the UDC state that DPA's Royalty and Jake Mallory never filed a Notice of Appearance in the cases. DPA Caulkins had filed a Notice of Appearance to represent the commissioners as witnesses and was allowed by Judge Ellis to sit with DPA Royalty as her co-counsel. DPA Caulkins cannot be both the attorney and witness which I objected to, but in a conspiracy and deprivation of rights Caulkins was allowed by each judge to represent the county as plaintiff throughout my case. The judge denied all of the multiple written motions I filed in court with a blanket denial without addressing any of them in the hearing and made no formal or written rulings on any of them. The invalid January 6, 2020 Order is for the incorrect case name and numbers, with the plaintiff as "State of Washington" not Kittitas County, and omits any findings of fact and conclusions of law.

On appeal I paid the fee under threat, duress, and coercion with Federal Reserve Notes. MacKenzie transmitted a record to the KC Superior Court (SC) Clerk Val Barschaw ("Barschaw") for Appeal on February 20, 2020 for the wrong case, "State vs. Douglas Benson." without the "true and correct" certification and no seal of the court to prove its authenticity. Barschaw accepted the non-certified record. Barschaw told me she destroyed the UDC's Feb. 20, 2020 Transmittal of Record document for my cases on appeal. On December 18, 2020 Judge Hooper agreed that I was correct that there was no certified "true and complete" record sent from the UDC Feb. 20, 2020 and in bad faith and a conspiracy against rights ordered the UDC to re-transmit the record certified "true and complete" within 10 days. I objected to the order and repeated that the UDC had not given the SC jurisdiction and a dismissal shall be ordered. Denying due process in a deprivation of and conspiracy against rights Judge Hooper said she was overriding me, overcoming an unrepresented litigant. I objected to and refused to sign the Order to allow the UDC another opportunity ten months later to re-transmit a certified record as it is ex post facto.

In bad faith on December 24, 2020 MacKenzie knowingly and intentionally retransmitted the record a second time for the wrong case, "state vs douglas benson" with no seal of the court to prove its authenticity. In bad faith Barschaw accepted a non-certified unofficial record without

All Rights Reserved, Reserve Right to Amend
09292023A, Complaint and Injunctive Relief, September 29, 2023

1  a seal of the court twice in an effort to overcome me as an unrepresented litigant and conspiring
2  to violate my right to due process, and changed the name of the case to "Kittitas County v.
3  Douglas Benson" to conceal the fraud on the court. In the SC Judge Hooper took it upon herself
4  practicing law from the bench to investigate the record and discovered that the Jan. 6, 2020
5  Order by Judge Ellis was for the wrong case, "State of Washington vs. Douglas Benson". In bad
6  faith and a conspiracy against rights Judge Hooper refused to dismiss the infractions for an
7  invalid Order and instead wrote an Order changing the case name on Judge Ellis' Order to
8  "Kittitas County vs. Douglas Benson" in order to deny due process and overcome an
9  unrepresented litigant.

10       The Appeals Hearing took place with Judge Hooper on November 5, 2021. 58 days after
11  the Appeals Hearing, in a conspiracy against rights to overcome an unrepresented litigant Judge
12  Hooper and Judge Scott Sparks, each wrote an order of recusal from the case. Judge Hooper's
13  recusal states a Yakima County Judge would come in to do redo the Appeals Hearing because
14  the SC Administrator's office is prejudice and unable to provide a fair and impartial hearing
15  because the assistant Court Administrator is Daniel Berkshire the son of code enforcement
16  officer, Toni Berkshire. Daniel Berkshire had previously worked in the SC Clerk's office as a
17  deputy clerk throughout my appeals cases, showing the Clerk's office is prejudice in my case as
18  well.

19       On Feb. 27, 2022 the redo Appeals Hearing took place in the KC SC with Yakima
20  County Presiding Judge Richard Bartheld. The hearing was coordinated in bad faith by the
21  prejudice KC SC Administrator's office with Daniel Berkshire's involvement through email
22  coordination with Yakima and on February 27, 2022 I witnessed Assistant Court Administrator
23  Berkshire escort Judge Bartheld to the courtroom, which I specifically objected to during the
24  hearing and Judge Bartheld over-ruled it in a bad faith effort to overcome an unrepresented
25  litigant. In a conspiracy against rights Judge Bartheld upheld the fraudulent county code
26  infractions by Judge Ellis without a Notice of Appearance for the Plaintiff, without a valid Order
27  by Ellis for "Kittitas County vs. Douglas Benson", and without an official county code, violating
28  my civil rights and denying due process. In a conspiracy against rights all of the judges involved,

All Rights Reserved, Reserve Right to Amend
09292023A, Complaint and Injunctive Relief, September 29, 2023

1  Judge Sander, Judge Ellis, Judge Hooper, and Judge Bartheld refused to dismiss the infraction

2  cases denying me a fair and impartial hearing and the right to due process and racketeering.

3         On Friday, September 22, 2023 I went to my post office box and discovered two

4  envelopes of mail fraud from the prosecutor mailed August 16 and 17, 2023, in good faith I

5  immediately refused the mail fraud cease and desist. On Monday, September 25th in good faith I

6  went to the prosecutor and got copies of the contents of the envelopes, a Motion for Order

7  Issuing a Warrant of Abatement signed by DPA Caulkins, the witness in my case, acting as the

8  attorney also, his conflict of interest showing the deprivation of rights and racketeering. I never

9  received notice of the September 1, 2023 hearing. It was only on my own investigation that I

10 checked the Clerk's office on September 25, 2023 and discovered a hearing was held without my

11 knowledge of it and the results kept secret. In bad faith in a conspiracy and deprivation of rights,

12 and racketeering Kittitas County maliciously did not notify me after the hearing of the Judge's

13 Order Issuing Warrant of Abatement and Warrant of Abatement, it was kept a secret. It appears

14 Yakima County Judge Elisabeth Tutsch signed the September 1, 2023 Order Issuing Warrant of

15 Abatement falsely impersonating and claiming to be "Honorable Elisabeth Tutsch Judge of the

16 Kittitas County Superior Court", making the order invalid and the warrant void. The Warrant of

17 Abatement is fraudulently signed by Deputy Clerk Dennis Robinson acting under his own

18 volition with no lawful authority to sign the warrant; Public Records show Robinson's oath is

19 void, he did not sign it, it is only signed by Clerk Karen Bowen. Clerk Bowen was not legally

20 delegated authority by the Board of Commissioners when she was appointed to Clerk in Feb.

21 2022 because as stated in Public Records the BOC have no procedures to legally do so. Bowen

22 was previously deputy clerk to Val Barschaw who did not have a valid Oath of Office and

23 Bowen's oath as deputy clerk is void the same as Robinson's. The Order Issuing Warrant of

24 Abatement and the Warrant of Abatement have no valid signatures and are void. The abatement

25 orders the sheriff and county to trespass on my land, steal my belongings, destroy the home I

26 built with my bear hands, and to clear my family land. There is no official Kittitas County Code,

27 there can be no violations of something that does not exist, void ab initio. Kittitas County and the

28 Sheriff have no lawful authority to trespass on my land, and certainly not to steal all that I own

All Rights Reserved, Reserve Right to Amend
09292023A, Complaint and Injunctive Relief, September 29, 2023

Page 9 of 59

1   and destroy my home, putting my family's life in danger. On September 26th I Refused for Cause

2   Judge Tutsch's "Order Issuing Warrant of Abatement" and "Warrant of Abatement". I filed an

3   Affidavit to Cease and Desist with evidence on September 26, 2023 in the case, with the clerk,

4   court administrator, prosecutor, sheriff, commissioners, CDS and code enforcement, along with

5   legal notice to the State of Washington Attorney General, the United States Attorney General,

6   Secretary of State of the United States, and the United States Department of Justice.

7   **Kittitas County:**

8        Kittitas County has vicarious liability for the conspiracy against my civil rights of CDS,

9   the LDC, UDC, and SC, the judges, clerks and court administrators, the Clerk, Assessor,

10  Treasurer, Prosecutor, Sheriff, and the BOC, CDS and code enforcement, and all officers,

11  employees, and volunteers. "Fraus est celare fraudem. It is a fraud to conceal a fraud." (Black's

12  Law Dictionary, 7th Ed., 1999, p. 1638).

13       Kittitas County Sheriff, Superior Court Clerk, Board of Commissioners, Treasurer,

14  Community Development Services, Code Enforcement, and the Prosecutor are racketeering and

15  in bad faith acting under their own volition conspiring against rights under the color of state law

16  and authority.

17       The LDC and UDC Judges, clerks, and court administrators have and continue to commit

18  mail fraud, fraud on the court, and participate in racketeering under the color of state law and

19  authority. I pay for certified copies of each case docket regularly throughout my cases and they

20  have been altered, erased, and changed on multiple occasions. Public Records confirm LDC

21  Judge Sander and UDC Judge Ellis had not legally delegated authority to their clerks and court

22  administrators. The court administrators and clerks act under their own volition.

23       Judge Hooper's Oaths of Office are invalid because she did not use her legal name, Laura

24  Candace Hooper, she took oath under the aliases, "L. Candace Hooper" and "Candace Hooper."

25  Judge Hooper did the oaths for SC Judge Sparks and other county public officials, deeming all

26  oaths invalid and fraudulent. Judge Hooper, was a previous deputy prosecutor under Zempel for

27  29 years and in bad faith failed to disclose this information, denying me the right to a fair and

28  impartial hearing. Judge Hooper was also bias in my case as she owns her home/property with

1   Susan Hammond, who it appears is closely related to DPA Jodi Hammond, who was also

2   involved in my case. Judge Hooper refused to be disqualified from the case, denying my multiple

3   affidavits of prejudice and disqualification in an effort to deny me the right to due process.

4       Clerk "Valeria Barschaw" used an alias, "Val Barschaw" on her Oath of Office. Public

5   Records show that Clerk Barschaw did not delegate authority to her deputies, the fraudulent

6   delegation of authority documents omit on all but one of the documents, the signature of the

7   deputy taking the oath and the only signature subscribed on the documents are Barschaw.

8   Barschaw had not delegated authority to the deputy clerks, including Karen Bowen ("Bowen")

9   who was appointed Clerk by the BOC upon Barschaw's resignation in February 2022. As clerk

10  Bowen's deputies never signed their oaths; they are only signed by Bowen.

11  **Board of Commissioners:**

12      Kittitas County Board of Commissioners Cory Wright ("Wright"), Brett Wachsmith

13  ("Wachsmith"), and Laura Osiadacz (have no official county code, no procedures, and cannot

14  certify any records.

15      Public Records from the BOC and County Auditor state there is no official county code.

16  According to state law RCW 36.32.120(7) the county legislative authorities ... "may adopt such

17  codes and/or compilations or portions thereof, together with amendments thereto, or additions

18  thereto: PROVIDED, That except for Washington state statutes, there shall be filed in the county

19  auditor's office one copy of such codes and compilations ten days prior to their adoption by

20  reference...PROVIDED FURTHER, That no such regulation, code, compilation, and/or statute

21  shall be effective unless before its adoption, a public hearing has been held thereon by the county

22  legislative authority of which at least ten days' notice has been given..." In 2007 County Auditor

23  Jerald V. Pettit reported in a public record request "3. We are not able to find any documents

24  filed in the Auditor's Office that is referred to in RCW 36.32.120(7) dated within the past six (6)

25  years. 4. We are not able to find any documents that indicate RCW 36.32.120(7) was found

26  unconstitutional. 5. We are not able to find any documents that indicate RCW 36.32.120(7) was

27  repealed. 6. We are not able to find any documents that indicate Kittitas is exempt from RCW

28

All Rights Reserved, Reserve Right to Amend
09292023A, Complaint and Injunctive Relief, September 29, 2023

36.32.120(7). 7. We are not able to find any documents that show the ten (10) notice was given prior to their adoption according to RCW 36.32.120(7)."

Public Records state CDS has no rules of procedure. According to state law RCW 42.56.040(2) "a [person] may not in any manner be required to resort to, or be adversely affected by, a matter required to be published or displayed and not so published or displayed." Public Records confirm the CDS Director has no legal delegation of authority from the BOC, nor does the CDS Code Enforcement Officer, who unlawfully filed infractions in court against me for an unofficial, fraudulent county code. The CDS Director, code enforcement officer, and all CDS employees are acting under their own volition.

Under the color of state law RCW 36.32.120(4) the BOC can "fix the amount of county taxes to be assessed...and cause the same to be collected..." but is unable to legally do so without rules of procedure. The BOC are racketeering with the Treasurer and Assessor, conspiring against rights acting under their own volition under the color of state law to fraudulently "fix the amount of county taxes to be assessed..." by the County Assessor and fraudulently "...cause the same to be collected..." by the County Treasurer.

**Prosecutor:**

Kittitas County Prosecutor Gregory Zempel has no procedures pursuant to state law RCW 42.56.040 and cannot legally delegate authority without procedures. Zempel prosecuted my county code infractions without an official county code committing fraud on the court and mail fraud. He is knowingly and intentionally acting in bad faith under his own volition, uses only the online, fraudulent county code with a disclaimer: "This web site is provided for informational purposes only. Although every effort has been made to provide accuracy, all information and resources shown are not official. Neither Kittitas County nor any of its agencies, officials or employees guarantees the accuracy of any information on this web site. Reliance upon the information contained on or accessed through this web site is entirely at your own risk. Kittitas County reserves the right to make changes without notice." Prosecutor Zempel prosecuted fraudulent county code infractions without an official county code committing fraud

All Rights Reserved, Reserve Right to Amend
09292023A, Complaint and Injunctive Relief, September 29, 2023

1  on the court and mail fraud, conspiring against rights to deny me due process and violate my

2  civil rights.

3        Gregory Zempel's oaths are invalid because he used an alias "Greg Zempel" on his Oaths

4  of Office as Prosecutor, committing perjury of oath, acting under his own volition under the

5  color of state law and authority. As legal advisor to the county the presumption is that Zempel

6  and his deputies are advising Public Officials, departments, employees, and volunteers to act

7  under their own volition to create ex post facto procedures, fraudulent ordinances and

8  resolutions, assess and collect fraudulent [property taxes], commit fraud, mail fraud, and fraud

9  on the court under the color of state law and authority.

10        Zempel's delegations of authority to his deputies are fraudulent without procedures and

11  without a valid Oath of Office. Zempel does not have the lawful authority to bother me at all.

12  Through vicarious liability Zempel is personally liable for his and his deputies actions as he is

13  fully aware of the fraud and has been notified and in bad faith has knowingly and intentionally

14  continued to violate my civil rights, conspiring against rights to deny due process. Public

15  Records confirm the Prosecutor's Office has no WSBA licenses/cards for deputy prosecutors to

16  prove authenticity.

17  **Sheriff:**

18        Kittitas County Sheriff Clayton Myers has no procedures, in 2019 there was no legal

19  delegation of authority as undersheriff and no delegation of authority to the deputies and bailiffs,

20  has no Seal of Office and cannot certify any records, the Board of Commissioners fraudulently

21  appointed him as sheriff without procedures.

22        Public Records state the Sheriff's office and Corrections Center ran by the Sheriff had no

23  procedure manual on September 13, 2019 as my family watched in horror when I was kidnapped

24  and taken to the county jail by the Sheriff bailiff in the courtroom who had no delegation of

25  authority nor procedures and was acting under his own volition with a deadly weapon. During

26  my unlawful imprisonment and kidnapping I remained calm and cooperative with the sheriff

27  officers who questioned and unlawfully strip searched me without cause. The corrections officer

28  forced me to remove all of my clothing for him to visually inspect my buttocks, genitals, and

anus, and forced me to wear an inmate jumpsuit, and held me in a solitary confinement cell with the window covered. I was never fingerprinted, photographed, or booked in to the jail. I was forced under threat, duress, and coercion to pay a ransom fee of $200 in Federal Reserve Notes for my release.

In a public record request for all documents of douglas; benson the Sheriff's office stated "there are no records responsive to your request Only in specifically requesting the Master Jail Log for September 13, 2019 did I happen to come across my name listed with the specific times of my kidnapping, molestation, and release on ransom. I was kidnapped, molested, and held for ransom by the Kittitas County Sheriff during my contested hearing for fraudulent county code infractions. The Sheriff has no record of me. Public Records show the Sheriff has been fraudulently ran without procedures, no delegations of authority to the undersheriff, deputies, and bailiffs, and fraudulent Oaths of Office of retired Sheriff Eugene Dana with undersheriff Clayton Myers acting under his own volition beneath him with a deadly weapon, and current Sheriff Myers appointed fraudulently by the BOC.

Sheriff Eugene Dana used an alias "Gene Dana" on his Oaths of Office as Sheriff, acting outside the scope of his authority and under his own volition under the color of state law. Clayton Myers' used an alias "Clay Myers" on his Oath of Office. Myers is acting under his own volition under the color of state law and authority.

**Treasurer:**

The Treasurer is violating my civil rights and racketeering through mail fraud and fraudulent [property tax] collection without an official seal of office. It is the duty of the Treasurer to receive, maintain custody of, invest, and disburse funds for the county. Public Records from the County Auditor, in 2022 state the County Treasurer does not have an official seal of office. For 120 years the Treasurer has not abided by state law RCW 36.29.025, previously Session Laws, 1903, Chapter 15, H. B. No. 110, Section 1, to regularly adopt and file with the county Auditor a seal of the county Treasurer. According to RCW 36.29.025 "an imprint of such seal, together with the certificate of the county treasurer that such seal has been regularly adopted, shall be filed in the office of the county auditor of such county." The Auditor

confirms in a public record request RCW 36.29.025 was not found unconstitutional, was not repealed, and that Kittitas County is not exempt from RCW 36.29.025. The Treasurer is unable to legally certify records for authenticity without an official seal.

Public Records state Treasurer Amy Cziske has no rules of procedure. There is no legal delegation of authority to her employees, including Administrative Assistance. Treasurer Cziske, has no rules of Procedure to collect [property tax] pursuant to RCW 42.56.040 and is acting in bad faith under her own volition. Pursuant to RCW 42.56.040, "a person may not in any manner be required to resort to, or be adversely affected by, a matter required to be published or displayed and not so published or displayed." In an effort to conceal that her employees are not deputies and have no delegation of authority Treasurer Cziske re-titled the position of a current employee to be deputy in 2020. Treasurer Cziske and her employees are committing mail fraud and racketeering.

## VI. RELIEF FOR DAMAGES AND INJURIES:

**Damages and Injuries:**

Kittitas County, the Board of Commissioners, Treasurer, Prosecutor, Sheriff, their deputies and employees and Community Development Services code enforcement officer have continued to conspire against rights and racketeer causing undue stress to my family and I. Since 2014 the Treasurer continues to force me under threat, duress, and coercion to pay for fraudulent, unofficial [property] taxes under the color of state law with the threat of unlawfully foreclosing on my land and soil. They have continued to deprive me of my right to due process. I have been kidnapped, molested, humiliated, intimidated, and threatened by the Sheriff's employees acting under their own volition with a deadly weapon. I am fearful Kittitas County will put my family's life in danger, kidnapping and/or killing us, leaving my family and I homeless, and destroying our lives. My family and my lives are in immediate physical danger, my wife and children are physically sick with fear that Kittitas County and the sheriff, in a surprise attack are coming with deadly weapons to kidnap and/or kill us in order to unlawfully bulldoze down our home. Kittitas

All Rights Reserved, Reserve Right to Amend
09292023A, Complaint and Injunctive Relief, September 29, 2023

County has continued to maliciously and unlawfully deny me due process and conspire against and deprive me of my rights.

**Prayer for Relief of Damages and Injuries:**

In good faith I am praying for the following relief of damages and injuries: vacate the judgement of Kittitas County v. douglas; benson, Kittitas County Superior Court Cause No.: 20-2-00043-19, void the [property] tax for my land and soil now and forever, and payment of twenty million dollars ($20,000,000).

**Injunctive Relief:**

An Expedited Preliminary Injunction to immediately cease the Order Issuing Warrant of Abatement and Warrant of Abatement for Kittitas County v. douglas; benson, Kittitas County Superior Court Cause No.: 20-2-00043-19, and all actions by Kittitas County against douglas; benson to prevent irreparable harm and allowing me due process in my civil suit against Kittitas County.

## VII.   DEMAND FOR TRIAL BY JURY

I demand the right to trial by jury as declared by the Seventh Amendment to the Constitution.

## VIII.   CLOSING

Under Federal Rule of Civil Procedure 11(b), in good faith I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for any improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) the claims, defenses, and other legal contentions are warranted by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law or for establishing new law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the denials of factual contentions are warranted on the evidence or, if specifically so identified, are reasonably based on belief or a lack of information.

## IX. EVIDENCE ENCLOSED



Disclaimer: This web site is provided for informational purposes only. Although every effort has been made to provide accuracy, all information and resources shown are not official. Neither Kittitas County nor any of its agencies, officials or employees guarantees the accuracy of any information on this web site. Reliance upon the information contained on or accessed through this web site is entirely at your own risk. Kittitas County reserves the right to make changes without notice.

# Kittitas County Code

## Table of Contents

Title 1        General Provisions

Title 2        Administration and Personnel

Title 3        Revenue and Finance

Title 4        Fee Schedules

Title 5        Business Licenses and Regulations

Title 6        Animals

Title 7        Reserved

Title 8        Health, Welfare, and Sanitation

Title 9        Public Peace, Safety, and Morals

Title 10       Vehicles and Traffic

Title 11       Reserved

Title 12       Roads and Bridges

Title 13       Water and Sewers

Title 14       Buildings and Construction

Title 15       Environmental Policy

Title 15A      Project Permit Application Process

Title 15B      Amendments to County Plans, Codes, and Standards

Title 16       Subdivisions

Title 17       Zoning

Title 17A      Critical Areas

FROM THE CASCADES ... TO THE COLUMBIA
KITTITAS COUNTY

# Kittitas County
## Office of the County Treasurer
Amy Cziske, Treasurer

certified true, correct, and complete copy.
Stacey Ben
June 2, 2020
11:37am

May 19, 2020

Douglas Benson
PO Box 737
Kittitas, WA 98940

Dear Mr. Benson,

On May 4, 2020, our office received your General Affidavit regarding your refusal to pay your property taxes by mail. In this affidavit you request "proof claim with evidence that you have legal and lawful authority as my public servant, to bother me at all." The Washington State Revised Code of Washington chapter 84.56.020 gives the County Treasurer the right and responsibility to notify you of property taxes owed and collect same. Section (1) of chapter 84.56.020 states:

> The county treasurer must be the receiver and collector of all taxes extended upon the tax rolls of the county, whether levied for state, county, school, bridge, road, municipal or other purposes, and also of all fines, forfeitures or penalties received by any person or officer for the use of his or her county. No treasurer may accept tax payments or issue receipts for the same until the treasurer has completed the tax roll for the current year's collection and provided notification of the completion of the roll. Notification may be accomplished electronically, by posting a notice in the office, or through other written communication as determined by the treasurer. All real and personal property taxes and assessments made payable by the provisions of this title are due and payable to the county treasurer on or before the thirtieth day of April and, except as provided in this section, are delinquent after that date.

Further, your affidavit requests "a certified copy of the past and present Kittitas County Treasure's Oath, Bond, and insurance and Procedure Manual, as well as the Constitution you swore your oath to". Enclosed are a certified copy of Treasurer Cziske's Oath and copies of her past and present Bond and Insurance.

I would like to ask for clarification regarding the Procedure Manual. Per the RCW you cite, we shall publish and make available our rules of procedure. We feel that this is adequately done through our website; www.co.kittitas.wa.us. If the information you are seeking is not available there, please let me know what specific data or documents I can provide to address this.

205 West Fifth Avenue ♦ Courthouse Room #102
Ellensburg, Washington 98926
Phone (509) 962-7535 ♦ Facsimile (509) 933-8212

Additionally, we have included, below, web addresses where you can find the constitutions that Treasurer Cziske swore to support in her oath:

> The United States Constitution: https://constitutionus.com/
> The Washington State Constitution:
> http://leg.wa.gov/CodeReviser/Pages/WAConstitution.aspx

Finally, you state that it appears the Treasurer, by following Governor Inslee's order, denied the People to pay with legal tender. We would like to clarify that we did not deny you the ability to pay with legal tender, we just strongly recommended against mailing cash.

I have also enclosed a current copy of your tax statement reflecting interest owed through May 31st, 2020. Additional interest and penalties will accrue on June 1st, 2020.

Regards,

Lisa Murray
Administrative Supervisor

205 West Fifth Avenue ♦ Courthouse Room #102
Ellensburg, Washington 98926
Phone (509) 962-7535 ♦ Facsimile (509) 933-8212

## Lisa Murray

**From:** Lisa Murray
**Sent:** Thursday, December 30, 2021 5:13 PM
**To:** Kittitas County Treasurers Office; 'Doug Benson'
**Subject:** RE: Public Record Request 12062021K

Hello Mr. Benson,

I have reviewed what we have that may be responsive to your request. I have scanned the Emergency Manual and, while we do not have a Procedure Manual, we do have a number of office procedures that may be of interest to you and considered responsive to your request. To provide these items on a USB drive will require approximately 13mb of storage space and estimate the cost of that drive to be $20. When I hear back from you regarding your preference in the manner for providing these documents to you, I will compile them for delivery. Please note that our office will be closed tomorrow, December 31st, 2021.

Regards,

*Lisa Murray*
**Administrative Supervisor | Kittitas County Treasurer**

**From:** Kittitas County Treasurers Office
**Sent:** Wednesday, December 8, 2021 10:50 AM
**To:** Doug Benson ; Kittitas County Treasurers Office
**Subject:** RE: Public Record Request 12062021K

Hello Mr. Benson,

Thank you for contacting us with your inquiry. This is to let you know that we have received your Request for Public Records. Please be advised that per RCW 42.56.520, our office has five (5) business days in which to respond by (1) providing the record; (2) providing an internet address and link to the web site where the records are located; (3) providing a reasonable estimate of the time that will be required to respond to the request; or (4) denying the public record request.

The documents that you are requesting are large and will need to be reviewed for potential redaction prior to providing them. We estimate that we should be able to have at least some of the information you have requested on or before December 31, 2021. In order to complete your request to provide these documents on a specific medium (USB drive) you will need to pay for a clean USB drive that we will purchase. Depending upon the size needed, these will run anywhere from $10 to $30. Another option would be to provide the documents to you in electronic format via a large file transfer at no additional cost.

Regards,

*Lisa Murray*
**Administrative Supervisor | Kittitas County Treasurer**

**From:** Doug Benson <HutNuts@hotmail.com>
**Sent:** Monday, December 6, 2021 3:05 PM

Page 20 of 59

1

**Kittitas County Auditors Office**

| | |
|---|---|
| From: | Kittitas County Auditors Office |
| Sent: | Monday, February 28, 2022 4:14 PM |
| To: | 'Doug Benson' |
| Subject: | Response to Amended-- Public Record Request 12062021J |

Mr. Benson:

A thorough search was done in this office for the requested information
No imprint of a seal can be found on file;
No documents were found in this office to indicate RCW 36.29.025 unconstitutional.
No documents were found in this office to indicate RCW 36.29.025 repealed.
No documents were found in this office to indicate Kittitas County exempt from RCW 36.29.025.
This should fulfil your request. Unless I hear differently, I am closing this PDR.

Sincerely,

*Sue Higginbotham*
*Kittitas County Auditor's Office*
*Supervisor of Elections, Recording, Licensing, Voter Registration*
*509.962.7631*

From: Doug Benson <HutNuts@hotmail.com>
Sent: Wednesday, January 26, 2022 5:08 PM
To: Kittitas County Auditors Office <KittitasCountyAuditor@co.kittitas.wa.us>
Subject: Amended-- Public Record Request 12062021J

> **CAUTION:** This email originated from outside the Kittitas County network. Do not click links, open attachments, fulfill requests, or follow guidance unless you recognize the sender and have verified the content is safe.

January 26, 2022

PD- 12062021J- Dec. 6, 2021 Public Record Request Amended

<u>**Amended Public Records Request to Kittitas County Auditor**</u>
Page 21 of 59

1

I command a copy of the following documents/records, that you rely on so that I can rely on:

1. Pursuant to RCW 36.29.025 and Session Laws, 1903, Chapter 15, H. B. No. 110, Section 1: *"an imprint of such seal, together with the certificate of the county treasurer that such seal has been regularly adopted, shall be filed in the office of the county auditor of such county."* (1903 – current)

2. Any documents that indicate RCW 36.29.025 and Session Laws, 1903, Chapter 15, H. B. No. 110, Section 1 was found unconstitutional.

3. Any documents that indicate RCW 36.29.025 and Session Laws, 1903, Chapter 15, H. B. No. 110, Section 1 was found repealed.

4. Any documents that indicate Kittitas County is exempt from RCW 36.29.025 and Session Laws, 1903, Chapter 15, H. B. No. 110, Section 1.


RCW 42.56.030 Construction. The people of this state do not yield their sovereignty to the agencies that serve them. The people, in delegating authority do not give their public servants the right to decide what is good for the people to know and what is not good for them to know. The people insist on remaining informed so that they may maintain control over the instruments that they have created. This chapter shall be liberally construed and its exemptions narrowly construed to promote this public policy and to assure that the public interest will be fully protected. In the event of conflict between the provisions of this chapter and any other act, the provisions of this chapter shall govern.


Email: hutnuts@hotmail.com
I will pick up the requested document(s) along with the response letter with the wet-ink signature.

douglas; benson, sui juris, a living soul,

Washingtonian, American State National

Without Prejudice - Without Recourse

Reserve Right to Amend

Page 22 of 59

Filed

JAN - 6 2020

Upper Kittitas County
District Court

IN THE DISTRICT COURT OF UPPER KITTITAS COUNTY
STATE OF WASHINGTON

State of Washington

Vs.
DOUGLAS BENSON

Case Number: I 2019 0002
I 2019 0006

ORDER

All infractions found committed
I 2019 0002  Count 1  - $1,025
I 2019 0006  Counts 1-8 - $1,025 each
Total $8,200
Grand Total # 9,225

DATED THIS ___6___ DAY OF __Jan__, 2020

Judge Darrel R. Ellis
Upper Kittitas County District Court

Page 23 of 59

# Lower Kittitas County District Court
## State of Washington

| | | |
|---|---|---|
| State of Washington/<br>City of Ellensburg, | ) | SUBPOENA DUCES TECUM |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case #: I20190002 KIP IN |
| Vs. | ) | Violation Date: 06/07/2019 |
| | ) | |
| DOUGLAS BENSON | ) | |
| Defendant. | ) | |
| | ) | |

State of Washington to:


CORY WRIGHT
KITITAS COUNTY COMMISSIONER
205 W 5TH AVE, STE 108
ELLENSBURG, WA 98926

## You are commanded to appear:

On: __September 13, 2019__ at __2:00 PM__ at the Lower Kittitas County District Court, Room 180, Kittitas County Courthouse, 205 W 5th Ave, Ellensburg, Washington, to testify on part of the defendant and to remain in attendance until you have given your testimony or have been dismissed or excused by the court.

YOU ARE HEREBY COMMANDED to bring with you the following documents:

*The legal documents delegating authority to the Kittitas County Community Development Services Director and Code Enforcement Officer*

Failure to comply may be considered contempt of court.

Dated this 29th day of August, 2019
Page 24 of 59

Clerk/Court Administrator/Judge

Emailed/Mailed: _____, 2012  by Sam Reeves/Court Clerk

# Lower Kittitas County District Court
## State of Washington

State of Washington/                  )
City of Ellensburg,                  )     SUBPOENA DUCES TECUM
                                    )
             Plaintiff,         )
                                      )     Case #:   I20190002 KIP IN
Vs.                                )     Violation Date: 06/07/2019
                                    )
DOUGLAS BENSON           )
             Defendant.     )
                                      )

**State of Washington to:**

BRETT WACHSMITH
KITITAS COUNTY COMMISSIONER
205 W 5TH AVE, STE 108
ELLENSBURG, WA 98926

## You are commanded to appear:

On: __September 13, 2019__ at __2:00 PM__ at the Lower Kittitas County District Court, Room 180, Kittitas County Courthouse, 205 W 5th Ave, Ellensburg, Washington, to testify on part of the defendant and to remain in attendance until you have given your testimony or have been dismissed or excused by the court.

YOU ARE HEREBY COMMANDED to bring with you the following documents:

*The legal documents delegating authority to the Kittitas County Community Development Services Director and Code Enforcement Officer*

Failure to comply may be considered contempt of court.

Dated this 29th day of August, 2019
Page 25 of 59

Clerk/Court Administrator/Judge

SUBPOENA

# Lower Kittitas County District Court
## State of Washington

State of Washington/               )
City of Ellensburg,                )        SUBPOENA DUCES TECUM
                                   )
                    Plaintiff,     )
                                   )        Case #:   I20190002 KIP IN
Vs.                                )        Violation Date: 06/07/2019
                                   )
DOUGLAS BENSON                     )
                    Defendant.     )
_____  )

State of Washington to:

LAURA OSIADACZ
KITTITAS COUNTY COMMISSIONER
205 W 5TH AVE, STE 108
ELLENSBURG, WA 98926

### You are commanded to appear:

On:  September 13, 2019 at 2:00 PM  at the Lower Kittitas County District Court,
Room 180, Kittitas County Courthouse, 205 W 5th Ave, Ellensburg, Washington, to
testify on part of the defendant and to remain in attendance until you have given
your testimony or have been dismissed or excused by the court.

YOU ARE HEREBY COMMANDED to bring with you the following documents:

*The legal documents delegating authority to the Kittitas County Community
Development Services Director and Code Enforcement Officer*

Failure to comply may be considered contempt of court.

Dated this 29th day of August, 2019
Page 26 of 59

_____
Clerk/Court Administrator/Judge

Emailed/Mailed: _____, 2012  by Sam Reeves/Court Clerk

# Lower Kittitas County District Court
## State of Washington

State of Washington/ )
City of Ellensburg, )          SUBPOENA DUCES TECUM
              C )
                    Plaintiff, )
)                    Case #:   I20190002 KIP IN
Vs. )                    Violation Date:  06/07/2019
)
DOUGLAS BENSON )
                    Defendant. )
_____ )

State of Washington to:

Dan Carlson
Community Development Services Director
411 N Ruby Street Suite 2,
ELLENSBURG, WA 98926

## You are commanded to appear:

On:   September 13, 2019 at  2:00 PM  at the Lower Kittitas County District Court, Room 180, Kittitas County Courthouse, 205 W 5th Ave, Ellensburg, Washington, to testify on part of the defendant and to remain in attendance until you have given your testimony or have been dismissed or excused by the court.

YOU ARE HEREBY COMMANDED to bring with you the following documents:

*2019 Docket comprehensive Plan & Development Regulations Final Draft 7.8.19, and Kittitas County Code Title 14, 17, and 18 that you rely on.*

Failure to comply may be considered contempt of court.

Dated this 29th day of August, 2019
*Page 27 of 59*

Clerk/Court Administrator/Judge

SUBPOENA

# Lower Kittitas County District Court
## State of Washington

State of Washington/
City of Ellensburg,

        C

                Plaintiff,

Vs.

DOUGLAS BENSON

                Defendant.

)
)
)
)
)
)
)
)
)
)
)

SUBPOENA DUCES TECUM

Case #:    I20190006 KIP IN
Violation Date: 06/26/2019

**State of Washington to:**

Toni Berkshire
Community Development Services Code Enforcement Officer
411 N Ruby Street Suite 2,
ELLENSBURG, WA 98926

### You are commanded to appear:

On: September 30, 2019 at 3:00 PM at the Lower Kittitas County District Court, Room 180, Kittitas County Courthouse, 205 W 5th Ave, Ellensburg, Washington, to testify on part of the defendant and to remain in attendance until you have given your testimony or have been dismissed or excused by the court.

YOU ARE HEREBY COMMANDED to bring with you the following documents:

*The original Code enforcement complaint and Kittitas County code Title 14, 17 and18 that you rely on.*

Failure to comply may be considered contempt of court.

Dated this 29th day of August, 2019

*Page 28 of 59*

_____
Clerk/Court Administrator/Judge

**Lower Kittitas County District Court**
Presiding Judge Paul R Sander
Kittitas County Courthouse
205 West Fifth Ave Room 180
Ellensburg, WA 98926
(509) 962-7511

Barbara Demory    Court Administrator

June 7, 2019

Douglas Benson
PO Box 737
Kittitas. WA 98934

#### ****SUMMONS TO RESPOND/PLEASE READ CAREFULLY! ****

Infraction #:        I20190002 KIP IN

Amount Due:       $1025.00

Respond by:       **June 28th, 2019**

A Notice of Infraction has been issued to you by a Code Enforcement Officer and filed with this court. Your copy is enclosed. Please read the options carefully on the Notice of Infraction Response page and return it to the court by the due date indicated above. If you do not respond by the due date, additional penalties may be added to the original penalty amount.

Regards,

AKS
District Court Clerk

ENC: Notice of Infraction and Notice of Infraction Response Page

```
LOWER KITTITAS DISTRICT COURT
Receipt Number: 19168100215
06/14/2019 11:14 JML Court Payment
CERTIFY DOC
Beg Bal.....:           .00
Cash........:         10.00
End Bal.....:           .00
Payor....: BENSON, DOUGLAS
Case Number LEA Type
I20190002   KIP IN
****************************************
****************************************
```

*Page 29 of 59*

# Kittitas County Prosecuting Attorney



**GREGORY L. ZEMPEL**

*Our Mission:*
*Seeking Justice; Serving Victims, and*
*Holding Offenders Accountable*

205 W 5th AVE Suite 213
Ellensburg WA 98926
509-962-7520
prosecutor@co.kittitas.wa.us

August 13, 2019

RECEIVED
AUG 1 5 2019
KITTITAS COUNTY
PROSECUTING ATTORNEY

Mr. Douglas Benson
Address or other contact means not provided;
Letter made available for pickup 8/13/2019

Mr. Benson:

This letter is in response to your request labeled "PD-080719 C", seeking to inspect the following documents "The Policy and Procedure Manual for Kittitas County Prosecuting Attorney's Office, pursuant to RCW 42.56.040 Duty to publish procedures" (copy of request attached).

I have printed and attached the relevant record from this office, which describes our system for receiving and responding to requests pursuant to the PRA. I have also printed and attached the relevant county policy of general applicability for handling PRA requests.

As to the letter comprising the first page you provided with the request, apparently referring to your code enforcement matters, it is my understanding that you have been provided all the material required under the appropriate court rule and a citation to that rule. This appears to be a request for information, which is not covered by the Public Records Act. You may consult the Revised Code of Washington for the authority for County officials and their assistants and deputies to administer the laws related to the operations of the County.

This completes and closes the disclosure of the records requested.

Sincerely,

Douglas R. Mitchell, JD, MPA
Deputy Prosecuting Attorney

*Page 30 of 59*



# Kittitas County Prosecuting Attorney

**GREGORY L. ZEMPEL**

*Our Mission:*
*Seeking Justice; Serving Victims, and*
*Holding Offenders Accountable*

205 W 5th AVE Suite 213
Ellensburg WA 98926
509-962-7520
prosecutor@co.kittitas.wa.us

August 12, 2019

RECEIVED
AUG 15 2019
KITTITAS COUNTY
PROSECUTING ATTORNEY

Mr. Douglas Benson
Address or other contact means not provided;
Letter made available for pickup 8/12/2019

Mr. Benson:

This letter is in response to your request labeled "PD-080719 A", seeking to inspect the following documents "The legal and official Kittitas County Code", and "The legal and official "International Property Maintenance Code" (copy of request attached).

The Public Records Act defines "public record" as "any writing containing information relating to the conduct of government or the performance of any governmental or proprietary function prepared, owned, used, or retained by any state or local agency regardless of physical form or characteristics. " RCW 42.56.010(3). The Kittitas County Prosecuting Attorney's Office does not prepare, own, or retain such a record of either item.

To the extent we "use" the County Code, we do some by using the on-line version that is located at "https://www.co.kittitas.wa.us/boc/countycode/default.aspx". I have not found any evidence that we "use" the "International Property Maintenance Code", if we do at all, it would also be a version on-line. As such, we are not able to provide a record responsive to either portion of your request.

Sincerely,

Douglas R. Mitchell, JD, MPA
Deputy Prosecuting Attorney

Page 31 of 59



# Kittitas County Prosecuting Attorney

**GREGORY L. ZEMPEL**

**Our Mission:**
**Seeking Justice; Serving Victims, and**
**Holding Offenders Accountable**

*205 W 5th AVE Suite 213*
*Ellensburg WA 98926*
*509-962-7520*
*prosecutor@co.kittitas.wa.us*

KITTITAS COUNTY

August 12, 2019



RECEIVED
AUG 15 2019
KITTITAS COUNTY
PROSECUTING ATTORNEY

Mr. Douglas Benson
Address or other contact means not provided;
Letter made available for pickup 8/12/2019

Mr. Benson:

This letter is in response to your request labeled "PD-080719 B", seeking to inspect the following documents "The Washington State Bar Association license for the current Kittitas County Prosecuting Attorney and all current Deputy Prosecuting Attorneys"; "The Registration Statement for the current Kittitas County Prosecuting Attorney and all current Deputy Prosecuting Attorneys, pursuant to the Foreign Agents Registration Act of 1938, as amended, 22 U.S.C. § 611, et seq." and "The Bond for the current Kittitas County Prosecuting Attorney and all current Deputy Prosecuting Attorneys" (copy of request attached).

The Public Records Act defines "public record" as "any writing containing information relating to the conduct of government or the performance of any governmental or proprietary function prepared, owned, used, or retained by any state or local agency regardless of physical form or characteristics. " RCW 42.56.010(3).

The Kittitas County Prosecuting Attorney's Office does not prepare, own, use or retain such a record of the law licenses of Mr. Zempel or any Deputy Prosecutor. We verify licensed status when appropriate using the official Website of the Washington State Bar Association at "https://www.mywsba.org/PersonifyEbusiness/LegalDirectory.aspx". We have provided a list (attached) of the attorneys in this office and their Bar numbers, which you may verify in the same manner.

Neither Mr. Zempel nor any of the Deputy Prosecutors are foreign agents, so there is no such record of registration. As to the Bond of Mr. Zempel, we do have a record showing that he and other county officials are properly bonded (attached). Deputy Prosecutors are not required to be bonded, so there would logically be no such record.

Sincerely,

Douglas R. Mitchell, JD, MPA
Deputy Prosecuting Attorney

Page 32 of 59

## Kittitas County Corrections Center
## Master Jail Log

Date: 9-13-19                                    Page # 3449

| Time | Narrative |
|------|-----------|
| 1427 | Pros out |
| 1429 | [JAIL REG CONF] -1 [JAIL REG CONF] to calls from HUB |
| / | [JAIL REG CONF] out for Rel/PR |
| 1434 | [JAIL REG CONF] to Att 5 for HUB, [JAIL REG CONF] out |
| / | of Att 5 J45 back w/ [JAIL REG CONF] from LOC |
| 1436 | [JAIL REG CONF] over for Bondsman + Rel |
| 1437 | 1 © trans corr Benson, Douglas 5-10-84 |
| / | Bondsman in DC Bail |
| 1411 | [JAIL REG CONF] to call from HUB, [JAIL REG CONF] to Att |
| / | for HUB |
| 1442 | S/s started on Benson by J42 |
| 1443 | S/s comp on Benson Ø Found |
| 1452 | [JAIL REG CONF] out of Att from HUB |
| 1496 | [JAIL REG CONF] out of Atty from HUB |
| 1457 | 1st √ |
| 1458 | J45 witnessed [JAIL REG CONF] on toilet |
| / | nothing Found |
| 1459 | BSMT √ |
| 1504 | Fair crew into bkg - [JAIL REG CONF] |
| / | [JAIL REG CONF] |
| 1505 | 2nd √, [JAIL REG CONF] 4D [JAIL REG CONF] O/T |
| 1506 | [JAIL REG CONF] to call from HUB |
| 1511 | Fair crew to K-Mod Ø Found |
| 1512 | J45 O/s for good " |
| 1516 | [JAIL REG CONF] out for Rel/BBP, Annex Top + Bottom 4D |

Revised 08-2008

Page 33 of 59

## Kittitas County Corrections Center
## Master Jail Log

Date: 9-13-19                                    Page # 3450

| Time | Narrative |
|------|-----------|
| 1521 | Annex ✓, Alicia/HUB out, [JAIL REG CONF] |
| | took 3 cups H₂0 |
| 1525 | J47 out w/ Benson to LDC |
| 1527 | 1st Floor Meds out, j.w ✓ |
| 1531 | BSMT Meds out, w ✓ |
| 1536 | J47 back w/o Benson from LDC |
| 1558 | H-Mod O/T, [JAIL REG CONF] down for phone |
| | Meds out 2nd ✓ |
| 1603 | Annex TOP + Bottom O/T |
| 1615 | [JAIL REG CONF] to cell |
| 1616 | Annex Meds out, w ✓ |
| 1637 | G40 in to |
| 1640 | G40 out |
| 1647 | 2nd Floor Meals out, [JAIL REG CONF] + [JAIL REG CONF] |
| | [JAIL REG CONF] LID, w ✓ |
| 1649 | 1st Floor Meds out, w ✓ |
| 1655 | Annex Meals out, w ✓, T/O Cell Flushed + Dinner |
| 1658 | BSMT Meals out, w ✓ |
| 1703 | J53 l/s |
| 1709 | J53 spark test #4 |
| 1727 | Annex TOP + Bottom LID, Annex ✓, Trays out |
| 1731 | J35 O/S |
| 1735 | 2nd Floor trays out, F LID, [JAIL REG CONF] O/T |
| | [JAIL REG CONF] LID, w ✓ |

Revised 08-2008

Page 34 of 59

On 2/4/2021 9:18:33 AM, Cassie Abernathy wrote:
**Subject:** [Records Center] Public Records Request :: R000948-012921
**Body:**
RE: PUBLIC RECORDS REQUEST of January 29, 2021, Reference # R000948-012921

Dear Douglas Benson,

The Sheriff's Office received a public records request from you on January 29, 2021. You requested:

"1) All documents/records of douglas; benson. 2) Corrections Center Log September 13, 2019."

In reference to request number one, as a Public Records Officer for the Sheriff's Office, I have reviewed the Sheriff's Office records and have determined there are no records responsive to your request.

Regarding the second request, I have reviewed the Sheriff's Office records and have located records that are responsive to your request. Please log in to the Public Records Portal at the following link to retrieve the records.

## Public Records Request - R000948-012921

If you believe that I have misinterpreted your request or your request has not been satisfied, let me know within three (3) business days. Should I not receive a response from you by February 09, 2021, I will consider your request fulfilled and it will be closed.

If you have any questions or need additional information, please feel free to reply to this email or call our office at 509-962-7525.

Sincerely,

Cassie Abernathy
LE Clerk, Public Records Officer
Sheriff's Office

On 1/29/2021 4:06:26 PM, System Generated Message:
**Subject:** Public Records Request :: R000948-012921
**Body:**



Dear Douglas Benson:
The Kittitas County Sheriff's Office received a public records request from you on January 29, 2021. You requested:

"1) All documents/records of douglas; benson. 2) Corrections Center Log September 13, 2019."

A Public Records Officer of the Sheriff's Office will be helping you with your records request. An initial search and review of records matching your request will be completed and reply will be posted within five (5) business days. This reply will either provide the requested records, ask you for clarification of your request, provide an estimate of fees, or, if your request is broad and involves a large number of records, you'll be provided a schedule of response installments. Please note, the State of Washington Public Records Act, Chapter 42.56 RCW, does not require a governmental body to create new information, to do legal research, or to answer questions.

You can monitor the progress of your request in the Kittitas County Public Records Portal.

For your convenience, we are providing links to the legal authority which determines our response to public records requests:

- Public Records Act, Chapter RCW 42.56
- Kittitas County Codes Chapter 2.55

Thank you for your interest in public records.

Sincerely,

Sheriff's Office
Kittitas County, WA

To monitor the progress or update this request please log into the Public Records Portal





On 3/1/2021 2:46:18 PM, Cassie Abernathy wrote:
Subject: [Records Center] Public Records Request :: R001085-022321
Bobyn
RE: PUBLIC RECORDS REQUEST of February 23, 2021, Reference # R001085-022321

Dear Douglas Benson,

The Sheriff's Office received a public records request from you on February 23, 2021. You requested:

"I command a copy on USB drive of the following documents/records that you rely on so that I can rely on:
1. Sheriff Procedure Manual (version relied upon in Sept. 2019)
2. Corrections Center Manual (version relied upon in Sept. 2019)

I will pick up the requested USB drive along with the response letter with the wet-ink signature. (I specifically object to the use of the Public Records Portal)"

I have reviewed the Sheriff's Office records and have located records responsive to your request.  Please note that the Kittitas County Sheriff's Office does not have a "Procedure Manual," rather a "Policy Manual."

These records can be acquired on the requested USB drive at the Sheriff's Office located at:

307 W. Umptanum Rd.
Ellensburg, WA 98926
Monday - Friday, 9 AM - 5 PM

You will have thirty (30) days from today to pick up these records.

If you believe that I have misinterpreted your request or your request has not been satisfied, let me know within three (3) business days from pick up of these records.  Should I not receive a response from you by then, I will consider your request fulfilled and it will be closed.

If you have any questions or need additional information, please feel free to reply to this email or call our office at 509-962-7525.

Sincerely,

Cassie Abernathy
LE Clerk, Public Records Officer
Sheriff's Office


On 2/23/2021 3:15:56 PM, System Generated Message:

Page 36 of 59

On 2/3/2021 9:54:09 AM, Cassie Abernathy wrote:
Subject: [Records Center] Public Records Request :: R000950-012921
Body:
RE: PUBLIC RECORDS REQUEST of January 29, 2021, Reference # R000950-012921

Dear Douglas Benson,

The Sheriff's Office received a public records request from you on January 29, 2021. You requested:

> ""...a copy of the following documents, that you rely on so that I can rely on, of the legal delegation of authority to each active deputy sheriff, undersheriff, and bailiff since 2018.""

Note there are no documents to provide in response to your request, however RCW 36.28.020 bestows legal authority as such:

"Every deputy sheriff shall possess all the power, and may perform any of the duties, prescribed by law to be performed by the sheriff, and shall serve or execute, according to law, all process, writs, precepts, and orders, issued by lawful authority.
Persons may also be deputed by the sheriff in writing to do particular acts; including the service of process in civil or criminal cases, and the sheriff shall be responsible on his or her official bond for their default or misconduct."
If you believe that I have misinterpreted your request or your request has not been satisfied, let me know within three (3) business days. Should I not receive a response from you by February 09, 2021, I will consider your request fulfilled and it will be closed.

If you have any questions or need additional information, please feel free to reply to this email or call our office at 509-962-7525.

Sincerely,

Cassie Abernathy
LE Clerk, Public Records Officer
Sheriff's Office

On 1/29/2021 4:07:56 PM, System Generated Message:

Jerald V. Pettit
Kittitas County Auditor
205 West 5th – Suite 105
Ellensburg, WA 98926
509-962-7504 Fax 509-962-7687



April 13, 2007

gordon dudley
on the soil Posterity of 1
Ellensburg
General Delivery
The State of Washington

Dear gordon dudley:

Per our discussion on March 20, 2007 for clarification of your letter received February 23, 2007, below provides my response, enumerated.

1.    Kittitas County does not budget at a detail level that would indicate the amount for supervision and training of county employees for public disclosure. No document exists that will provide you with this information.

2.    Attached is the Office Inventory of documents in the Kittitas County Auditor's Office. Aside from the inventory as provided, we are not able to find any documents that would provide you the ability to determine, also rely on, that this agency has complied with the referenced RCW.

3.    We are not able to find any documents filed in the Auditors Office that is referred to in RCW 36.32.120(7) dated within the past six (6) years.

4.    We are not able to find any documents that indicate RCW 36.32.120(7) was found unconstitutional.

5.    We are not able to find any documents that indicate RCW 36.32.120(7) was repealed.

6.    We are not able to find any documents that indicate Kittitas is exempt from RCW 36.32.120(7).

7.    We are not able to find any documents that show the ten (10) notice was given prior to their adoption according to RCW 36.32.120(7).

If you have further requests or require additional information, please contact me at your convenience.

Sincerely,

Jerald V. Pettit
Kittitas County Auditor

cc: James Hurson, Chief Civil Deputy Prosecutor

Page 38 of 59



Kittitas County, Washington
# BOARD of COUNTY COMMISSIONERS

| District One | District Two | District Three |
|---|---|---|
| Cory Wright | Laura Osiadacz | Brett Wachsmith |

August 15, 2019

Douglas Benson
*(No contact information was provided by Mr. Benson. This letter was available at the Commissioners front office for pick up on August 15, 2019)*

Dear Mr. Benson,

I am responding to you as the Public Records Officer for the Kittitas County Board of Commissioners office.

On August 7, 2019 our office received a Request for Public Records for "I, Douglas Benson, request to inspect the following documents that you rely on so that I can rely on...:

1.  The legal document(s) delegating authority to the Kittitas County Community Development Services Director.

    Our office does not have records in response to this request.

2.  The legal document(s) delegating authority for the Kittitas County Community Development Services Director to enforce county code.

    Our office does not have records in response to this request.

3.  The legal document(s) delegating authority for the Kittitas County Community Development Services Director to enforce International Property Maintenance Code.

    Our office does not have records in response to this request.

4.  The legal document(s) delegating authority for the Kittitas County Community Development Services Director to delegate authority to the code enforcement officer.

    Our office does not have records in response to this request.

As allowed by RCW 42.56.010(1) and the controlling case law, our structure treats each Office and Department of the County as an independent agency. *Koenig v Pierce County, 151 Wn. App. 211-232-233* (2009). "Any person seeking access to public records request of the County, shall contact the public records officer of the applicable County agency." KCC 2.55.020(1). This is done to ensure that the Public Records Officer who will be responding to the request has the likelihood of being familiar with the topic area and records in question. For your information job



Kittitas County, Washington
# BOARD OF COUNTY COMMISSIONERS

District One
Cory Wright

District Two
Laura Osiadacz

District Three
Brett Wachsmith

August 13, 2019

Douglas Benson
*(No contact information was provided by Mr. Benson. This letter was available at the Commissioners front office for pick up on August 13, 2019)*

Dear Mr. Benson,

I am responding to you as the Public Records Officer for the Kittitas County Board of Commissioners office.

On August 7, 2019 our office received a Request for Public Records for "I, Douglas Benson, request to inspect the following documents that you rely on so that I can rely on...:

1. The legal document(s) delegating authority for the Kittitas County code enforcement officer to enforce county code.

2. The legal document(s) delegating authority for the Kittitas County code enforcement officer to enforce International Property Maintenance Code.

3. The legal document(s) delegating authority for the Kittitas County code enforcement officer to file infractions with the court.

The Public Records Act defines "public record" as "any writing containing information relating to the conduct of government or the performance of any governmental or proprietary function prepared, owned, used, or retained by any state or local agency regardless of physical form or characteristics. RCW 42.56.010(3)

The Kittitas County Board of Commissioners office does not have records responsive to your request for items #1, #2, or #3 and I will now be closing this request. Thank you.

Sincerely,

Julie Kjorsvik
Clerk of the Board

Page 40 of 59



Kittitas County, Washington
## BOARD OF COUNTY COMMISSIONERS

| District One | District Two | District Three |
|---|---|---|
| Cory Wright | Laura Osiadacz | Brett Wachsmith |

June 19, 2019

Douglas Benson
*(No contact information was provided by Mr. Benson. This letter was available at the Commissioners front office for pick up on June 19, 2019)*

Dear Mr. Benson,

I am responding to you as the Public Records Officer for the Kittitas County Board of Commissioners office.

On June 14, 2019 we received a Request for Public Records from you for "a copy of the Official County Codes". The Kittitas County Code is available online to view at www.co.kittitas.wa.us/boc/countycode. If you do not have access to a computer to view the County Code you may contact our office to schedule a time to come in and view it online on a mutually agreed upon date and time during regular business hour. If at that time you'd like to obtain copies of records, Kittitas County Code Chapter 2.55.040(3) states that "if the requester wishes the County to make copies of the records instead of simply providing for inspection, the requester shall so indicate and make arrangements to pay for the copies. The requester shall pay a deposit of 10 percent of the copy estimate by the public records officer for large requests. Fees are set pursuant to KCC 2.55.070."

On Monday June 17, 2019 I advised you in person that our office does not have a paper copy of the entire Kittitas County Code. I explained how the Code changes frequently and therefore it would be extremely expensive and burdensome to have it continually updated in paper form. I also showed you how to access the Kittitas County Ordinances that are available online as they are referenced in the County Code. Individual Ordinances maybe viewed online at www.co.kittitas.wa.us/boc/documents.aspx. Ordinances prior to 1994 can be viewed at either the Washington State Archives Central Region Branch at 400 E. University Way Ellensburg, WA or in the Kittitas County Auditor's office (on microfilm). As I mentioned to you the Kittitas County Code is voluminous and therefore if you would like a copy in its entirety, we would most likely send it to a private copy shop for copying and the fee would be for the actual charges imposed for copying, plus applicable taxes and shipping costs (if you required it to be shipped).

Please let me know if you have any other questions or need assistance locating the Kittitas County Code online at the website listed above. I hope this information is useful and I will now be closing this request. Thank you.

Page 41 of 59



Kittitas County, Washington
# BOARD of COUNTY COMMISSIONERS

| District One | District Two | District Three |
| --- | --- | --- |
| Cory Wright | Laura Osiadacz | Brett Wachsmith |

JUN 2 4 2019

June 21, 2019

1st____ 2nd____ 3rd____
KITTITAS COUNTY BOARD OF COMMISSIONERS

Douglas Benson
*(No contact information was provided by Mr. Benson. This letter was available at the
Commissioners front office for pick up on June 21, 2019)*

Dear Mr. Benson,

I am responding to you as the Public Records Officer for the Kittitas County Board of
Commissioners office.

On June 21, 2019 we received a Request for Public Records from you "to inspect the legal,
official Kittitas County Code". As previously stated to you we do not have a printed version of
the Kittitas County Code in our office. It is available online to inspect at
www.co.kittitas.wa.us/boc/countycode. If you do not have access to a computer to view the
County Code you may contact our office to schedule a time to come in and inspect it online on a
mutually agreed upon date and time during regular business hours. If at that time you'd like to
obtain copies of records, Kittitas County Code Chapter 2.55.040(3) states that "if the requester
wishes the County to make copies of the records instead of simply providing for inspection, the
requester shall so indicate and make arrangements to pay for the copies. The requester shall pay
a deposit of 10 percent of the copy estimate by the public records officer for large requests. Fees
are set pursuant to KCC 2.55.070."

Please let me know if you have any other questions or need assistance locating the Kittitas
County Code online at the website listed above. I hope this information is useful and I will now
be closing this request. Thank you.

Sincerely,

Julie Kjorsvik
Clerk of the Board

Page 42 of 59



Kittitas County, Washington
# BOARD OF COUNTY COMMISSIONERS

District One
Cory Wright

District Two
Laura Osiadacz

District Three
Brett Wachsmith

*Picked up on*
*JUN 14 2019*

June 13, 2019

Douglas Benson
*(No contact information was available & this letter was available at the Commissioners front office for pick up on June 13, 2019)*

Dear Mr. Benson,

I am responding to you as the Public Records Officer for the Kittitas County Board of Commissioners office.

On June 6, 2019 you requested a copy of the Policy and Procedure Manuals for Community Development Services and Kittitas County Commissioners, as well as, all training these departments receive before and after hiring.

We do not have records responsive to your request of a Policy and Procedure Manuals for the Community Development Services Department.

Our office does not have a Policy and Procedures Manual however, there is an office manual for the clerical staff. If you'd like to view the clerical staff's office manual please contact our office to schedule a time to come in and we would be happy to provide you supervised access to it. Please note that at that time if you'd like to obtain any copies of those records there is a charge of .15 per page and payment must be received prior to releasing the documents.

Our office does not have records responsive to your request for training before and after hiring for the Community Development Services Department.

We do not have responsive records in our office for the Kittitas County Commissioners department training before hiring dates. We have a few records available for training of employees in the Kittitas County Board of Commissioners office. If you'd like to view those records please contact our office to schedule a time to come in and we would be happy to provide you supervised access to them. Note that copies of any of those records will also be .15 per page and payment must be received prior to releasing the documents.

If I do not hear from you within 30 days from the date of this letter I will consider your request abandoned and closed.

Sincerely,

Julie Kjorsvik
Clerk of the Board

*Page 43 of 59*

# Laura Candace Hooper

**License Number:** 16325
**License Type:** Lawyer
**Eligible To Practice:** No
**License Status:** Judicial
**WSBA Admit Date:** 10/29/1986

## Contact Information

**Public/Mailing Address:** Kittitas County Superior Court
205 W 5th Ave Ste 207
Ellensburg, WA 98926-2887
United States
**Email:** candace.hooper.sc@co.kittitas.wa.us
**Phone:** (509) 962-7533
**Fax:**
**Website:**
**TDD:**

## Practice Information Identified by Legal Professional

**Firm or Employer:** Kittitas County Superior Court
**Office Type and Size:** Government/ Public Sector
**Practice Areas:** Criminal, Government
**Languages Other Than English:** None Specified

## Professional Liability Insurance

**Private Practice:** No
**Has Insurance?** – Click for more info
**Last Updated:** 1/20/2016 6:51:29 PM

## Judicial Service

**Has Ever Served as Judge:** Unknown

## Committees

**Member of these committees/boards/panels:**

None

## Disciplinary History

*In some cases, discipline search results will not reveal all disciplinary action relating to a Washington licensed legal professional, and may not display links to the official decision documents.*

Page 44 of 59

COUNTY OF KITTITAS

L. Candace Hooper
Judge
Department One



FILED

JAN 13 2021

SECRETARY OF STATE
STATE OF WASHINGTON

Scott R. Sparks
Judge
Department Two

## OATH OF OFFICE

STATE OF WASHINGTON )
                          ) ss.
County of Kittitas       )

      I, L. CANDACE HOOPER, do solemnly swear that I am a citizen of the United States of
America and of the State of Washington; that I will support the Constitution and laws of the
United States and the Constitution and laws of the State of Washington, and will to the best of
my judgment, skill and ability, truly, faithfully, diligently and impartially perform the duties of
the office of Superior Court Judge, Department 1 in and for Kittitas County, Washington, as such
duties are prescribed by law, so help me God.

L. Candace Hooper

SUBSCRIBED AND SWORN to before me this 8th day of January 2021.

Scott R. Sparks
Superior Court Judge for Kittitas County

Sarah H. Keith
Court Administrator

*Page 45 of 59*

Kittitas County Courthouse
205 West Fifth Avenue Room 207
Ellensburg, Washington 98926
509-962-7533

Robin Raap
Assistant Court Administrator

COUNTY OF KITTITAS

L. Candace Hooper
Judge
Department One



JAN 13 2021

SECRETARY OF STATE
STATE OF WASHINGTON

Scott R. Sparks
Judge
Department Two

## OATH OF OFFICE

STATE OF WASHINGTON )
                                           ) ss.
County of Kittitas              )

I, SCOTT R. SPARKS, do solemnly swear that I am a citizen of the United States of America and of the State of Washington; that I will support the Constitution and laws of the United States and the Constitution and laws of the State of Washington, and will to the best of my judgment, skill and ability, truly, faithfully, diligently and impartially perform the duties of the office of Superior Court Judge, Department 2 in and for Kittitas County, Washington, as such duties are prescribed by law, so help me God.

Scott R. Sparks

SUBSCRIBED AND SWORN to before me this 8 day of January 2021.

L. Candace Hooper
Superior Court Judge for Kittitas County

Sarah H. Keith
Court Administrator

Page 46 of 59

Kittitas County Courthouse
205 West Fifth Avenue Room 207
Ellensburg, Washington 98926
509-962-7533

Robin Raap
Assistant Court Administrator

11/01/2019 12:33:15 PM          Page:1 of 1
$0.00
Oath                    201911010031
Kittitas County Auditor
AUD

## CERTIFICATE OF APPOINTMENT

STATE OF WASHINGTON               )
                                  ) ss.
COUNTY OF ____KITTITAS____        )

The undersigned officers of the <u>Kittitas County Board of Commissioners</u> do
                               (Commission, Council, or Board Making Appointment)

hereby appoint  ___Clayton J. Myers___  of ▮▮▮▮▮▮▮▮▮▮▮▮▮
               (Person Appointed)                    (Address)

to the office of <u>Kittitas County Sheriff</u>_____. The term for this position
                (Office and Position)

will expire upon certification of 2020 General Election- 11/24/2020.

Signed this  1st day of November, 2019

_____        Cory Wright, Chair Kittitas County Commissioner
(Signature)                      (Printed Name, Title)

_____        Brett Wachsmith, Vice Chair Kittitas County Commissioner
(Signature)                      (Printed Name, Title)

_____ABSENT_____       Laura Osiadacz, Kittitas County Commissioner
(Signature)                      (Printed Name, Title)

## OATH OF OFFICE

STATE OF WASHINGTON               )
                                  ) ss.
COUNTY OF __KITTITAS__            )

I, ___Clayton J. Myers___, do solemnly swear or affirm that I
      (Person Appointed)

am a citizen of the United States and State of Washington; that I am legally qualified to

assume the office of <u>Kittitas County Sheriff</u>_____; that I will support the

Constitution and laws of the United States and the State of Washington; and that I will

faithfully and impartially discharge the duties of this office to the best of my ability.

_____        Clayton J. Myers
(Signature)                      (Printed Name)

Subscribed and sworn before me this 1st day of November, 2019.

_____        Judge Scott Sparks, Superior Court Judge
(Signature)                      (Printed Name, Title of Swearing Officer)

Page 47 of 59



11/25/2020 11:14:58 AM
$0.00                                                      202011250022 ..
Oath            AUD                        Page:1 of 1
Kittitas County Auditor

## Kittitas County ~ Oath of Office

State of Washington        )
                           ) ss.
County of Kittitas         )

I, ___**Clay Myers**_____, do affirm that I am a citizen of the
     *Name of Official (please print)*

United States of America and of the State of Washington; that I will support the

constitution and laws of the United States and the constitution and laws of the

State of Washington and will to the best of my judgment, skill and ability, truly,

faithfully, diligently and impartially perform the duties of the office of

___Kittitas County Sheriff_____in and for Kittitas County,

Washington, as such duties are prescribed by law.


        *Clay myers*
        **Signature of Official**


Subscribed and sworn to me this ___25th___ day of ___November___, 2020.


        *[signature]*
        **Signature of Oath Administrator**

        *Superior Court Judge*
        **Title of Oath Administrator** *Scott R Sparks*
        *Kittitas County Superior Court*
        *Presiding Judge.*

*Page 48 of 59*

## Oath of Office

FILED

98 DEC 29 AM 9: 19

KITTITAS COUNTY
SUPERIOR COURT CLERK

State of Washington )
                     ) ss.
County of Kittitas   )

I, _____Gene Dana_____, do affirm that I am a citizen of the United States of America and of the State of Washington; that I will support the constitution and laws of the United States and the constitution and laws of the State of Washington and will to the best of my judgment, skill and ability, truly, faithfully, diligently and impartially perform the duties of the office of _____Sheriff_____ in and for Kittitas County, Washington, as such duties are prescribed by law, so help me God.

_____
Signature of Official

Subscribed and sworn to me this 29 day of December 1998.

_____
Signature of Oath Administrator

_____
Title of Oath Administrator

Recorded in the County of Kittitas, WA
        Beverly M. Allenbaugh, Auditor
                                    No Fee
                    199812290006 09:40am 12/29/98
001  4012799 04 02
003 1 0 8.00 0.00

Page 49 of 59

36144

COPY



12/28/2018 03:33:33 PM 201812280060
$0.00 Page:1 of 1
Oath AUD
Kittitas County Auditor

## Kittitas County ~ Oath of Office

State of Washington )
) ss.
County of Kittitas )

I, _____Val Barschaw_____, do affirm that I am a citizen of the
Name of Official (please print)

United States of America and of the State of Washington; that I will support the

constitution and laws of the United States and the constitution and laws of the

State of Washington and will to the best of my judgment, skill and ability, truly,

faithfully, diligently and impartially perform the duties of the office of

_____County Clerk_____ in and for Kittitas County,

Washington, as such duties are prescribed by law.

_____
Signature of Official

Subscribed and sworn to me this ___28th___ day of___December___, 2018.

_____
Signature of Oath Administrator

_____Super Court Judge_____
Title of Oath Administrator

KITTITAS COUNTY, State of Washington
I do hereby certify that the enclosed instrument is a
true and correct copy of the imaged original recording
preserved in this office. Witness my hand and
official seal, Kittitas County Auditor, by:

Deputy: _____ Date: _____

Page 50 of 59

STATE OF WASHINGTON            )
                                )  ss.          CERTIFICATE OF APPOINTMENT
County of Kittitas              )

I, Val Barschaw, Clerk of the Superior Court of Kittitas County, State of Washington, reposing special confidence in KAREN BOWEN, do hereby appoint her Administrative Assistant Deputy of said County, State of Washington, until revoked by me or my successor, which appointment shall thereafter cease and be null and void.

IN TESTIMONY WHEREOF, I have hereunto set my hand this 2nd day of January, 2019.

VAL BARSCHAW
Kittitas County Clerk and
Clerk of the Superior Court

\*\*\*\*\*\*\*\*\*\*\*\*\*

STATE OF WASHINGTON            )
                                )  ss.              OATH
County of Kittitas              )

I, KAREN BOWEN, do solemnly swear that I am a citizen of the United States and of the State of Washington; that I will support the Constitution and Laws of the United States and of the State of Washington, and will, to the best of my judgment, skill and ability, truly, faithfully, diligently and impartially perform the duties of Administrative Assistant Deputy in and for Kittitas County, Washington, as such duties are prescribed by law, so help me God.

SUBSCRIBED AND SWORN to before me this 2 day of January, 2019.

VAL BARSCHAW
Kittitas County Clerk and
Clerk of the Superior Court

Page 51 of 59

## CERTIFICATE OF APPOINTMENT

State of Washington  )
                  ) ss.
County of Kittitas     )

    I, Karen Bowen, County Clerk, Kittitas County, State of Washington, reposing special confidence in DENNIS ROBINSON in said County and State, do hereby constitute and appoint his Deputy Clerk said County, State of Washington, until revoked by me, which appointment shall thereafter cease and be null and void.

    IN TESTIMONY WHEREOF, I have hereunto set my hand this 1st day of December, 2022.

                                    Karen Bowen, Kittitas County Clerk

\* \* \* \* \* \* \* \*

## OATH OF OFFICE

State of Washington  )
                  ) ss.
County of Kittitas     )

    I, DENNIS ROBINSON, do solemnly swear that I am a Citizen of the United States and of the State of Washington; that I will support the Constitution and Laws of the United States and the Constitution and Laws of the State of Washington, and will to the best of my judgment, skill and ability, truly, faithfully, diligently and impartially perform the duties of the office of Deputy Clerk in and for Kittitas County, Washington, as such duties are prescribed by law, so help me God.

    SUBSCRIBED AND SWORN to before me this 1st day of December, 2022.

                                    Karen Bowen, Kittitas County Clerk

## CERTIFICATE OF APPOINTMENT

State of Washington  )
                     ) ss.
County of Kittitas   )

I, Karen Bowen, County Clerk, Kittitas County, State of Washington, reposing special confidence in **WALTER STEBOK** in said County and State, do hereby constitute and appoint his Deputy Clerk said County, State of Washington, until revoked by me, which appointment shall thereafter cease and be null and void.

IN TESTIMONY WHEREOF, I have hereunto set my hand this 1st day of December, 2022.

_____
Karen Bowen, Kittitas County Clerk

\* \* \* \* \* \* \* \*

## OATH OF OFFICE

State of Washington  )
                     ) ss.
County of Kittitas   )

I, **WALTER STEBOK**, do solemnly swear that I am a Citizen of the United States and of the State of Washington; that I will support the Constitution and Laws of the United States and the Constitution and Laws of the State of Washington, and will to the best of my judgment, skill and ability, truly, faithfully, diligently and impartially perform the duties of the office of Deputy Clerk in and for Kittitas County, Washington, as such duties are prescribed by law, so help me God.

SUBSCRIBED AND SWORN to before me this 1st day of December, 2022.

_____
Karen Bowen, Kittitas County Clerk

Page 53 of 59



12/28/2018 03:33:33 PM 201812280057
$0.00 Page:1 of 1
Oath AUD
Kittitas County Auditor

## Kittitas County ~ Oath of Office

State of Washington )
) ss.
County of Kittitas )

I, _____Greg Zempel_____, do affirm that I am a citizen of the
Name of Official (please print)

United States of America and of the State of Washington; that I will support the

constitution and laws of the United States and the constitution and laws of the

State of Washington and will to the best of my judgment, skill and ability, truly,

faithfully, diligently and impartially perform the duties of the office of

_____County Prosecuting Attorney_____ in and for Kittitas County,

Washington, as such duties are prescribed by law.

_____
Signature of Official

Subscribed and sworn to me this ___28th___ day of ___December___, 2018.

_____
Signature of Oath Administrator

_____
Title of Oath Administrator

*Page 54 of 59*



12/28/2018 03:33:33 PM
$0.00
Oath    AUD
Kittitas County Auditor
Page:1 of 1
201812280056

## Kittitas County ~ Oath of Office

State of Washington    )
    ) ss.
County of Kittitas    )

I, _____**Brett Wachsmith**_____, do affirm that I am a citizen of the
<span>Name of Official (please print)</span>

United States of America and of the State of Washington; that I will support the
constitution and laws of the United States and the constitution and laws of the
State of Washington and will to the best of my judgment, skill and ability, truly,
faithfully, diligently and impartially perform the duties of the office of

_____**County Commissioner, District #3**_____ in and for Kittitas
County, Washington, as such duties are prescribed by law.

_____
Signature of Official

Subscribed and sworn to me this ___28th___ day of ___December___, 2018.

_____
Signature of Oath Administrator

____Superior Court Judge____
Title of Oath Administrator

*Page 55 of 59*



12/30/2016 11:12:13 AM                    201612300008
:50:99
Oath                    AUD
Kittitas County Auditor                    Page: 1 of 1

## Kittitas County ~ Oath of Office

State of Washington     )
                        ) ss.
County of Kittitas      )

I,    Laura Osiadacz    , do affirm that I am a citizen of the United
     *Name of Official (please print)*

States of America and of the State of Washington; that I will support the

constitution and laws of the United States and the constitution and laws of the

State of Washington and will to the best of my judgment, skill and ability, truly,

faithfully, diligently and impartially perform the duties of the office of

     County Commissioner, District 2,    in   and   for   Kittitas   County,

Washington, as such duties are prescribed by law.

_____
Signature of Official

Subscribed and sworn to me this    30ᵗʰ    day of    December   , 2016.

_____
Signature of Oath Administrator

_____
Title of Oath Administrator

Page 56 of 59



07/05/2018 08:36:37 AM                    201807050001
$0.00                              Page 1 of 1
Oath        AUD
Kittitas County Auditor

Kittitas County ~ Oath of Office

State of Washington        )
                           ) ss.
County of Kittitas         )

I, Cory Wright, do affirm that I am a citizen of the United States of America and

of the State of Washington; that I will support the constitution and laws of the United

States and the constitution and laws of the State of Washington and will to the best of

my judgment, skill and ability, truly, faithfully, diligently and impartially perform the

duties of the office of County Commissioner, District 1 in and for Kittitas County,

Washington, as such duties are prescribed by law.

_____
Cory Wright

Subscribed and sworn to me this 5th day of July 2018.

_____
L. Candace Hooper, Superior Court Judge

Page 57 of 59



12/28/2018 03:33:33 PM                                201812280062
$0.00                                    Page:1 of 1
Oath          AUD
Kittitas County Auditor

## Kittitas County ~ Oath of Office

State of Washington     )
                ) ss.
County of Kittitas      )

I, _____**Amy Cziske**_____, do affirm that I am a citizen of the
*Name of Official (please print)*

United States of America and of the State of Washington; that I will support the
constitution and laws of the United States and the constitution and laws of the
State of Washington and will to the best of my judgment, skill and ability, truly,
faithfully, diligently and impartially perform the duties of the office of
_____**County Treasurer**_____ in and for Kittitas County,
Washington, as such duties are prescribed by law.

*Signature of Official*

Subscribed and sworn to me this ___**28**th___ day of ___**December**___, 2018.

*Signature of Oath Administrator*

*Title of Oath Administrator*

Page 58 of 59

Dated this Twenty-ninth Day of September in the Year of Two Thousand Twenty-Three
Without Prejudice UCC 1-308 - Without Recourse UCC 3-415

Autographed by _____

douglas; benson, sui juris
Washingtonian, American State National
In care of post office box 737, Kittitas, Washington [98934]
Cell 509-856-7265    Email: hutnuts@hotmail.com

Washington_____ State
Kittitas_____ County
Ellensburg_____ City

Sworn to and Subscribed before me,

this 29ᵗʰ day of September_____, 2023

_____
NOTARY PUBLIC
My Commission Expires: 08/09/2025

All Rights Reserved, Reserve Right to Amend
09292023A, Complaint and Injunctive Relief, September 29, 2023

Page 59 of 59