AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Dec 15, 2023**

SEAN F. McAVOY, CLERK

DOUGLAS BENSON,

    *Plaintiff*

v.

KITTITAS COUNTY, COMMISSIONER BRETT WACHSMITH, COMMISSIONER LAURA OSIADACZ, COMMISSIONER CORY WRIGHT, PROSECUTOR GREGORY ZEMPEL, SHERIFF CLAYTON MYERS, and TREASURER AMY CZISKE,

    *Defendant*

Civil Action No.  1:23-CV-3149-TOR

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: The Joint Motion of Defendants to Dismiss or Abstain, ECF No. 6, is GRANTED. Plaintiff's Complaint is DISMISSED. Plaintiff's Motion for Leave of Court to Amend Complaint, ECF No. 19, is DENIED as inadequate and moot.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Thomas O. Rice  on a motion to dismiss.

Date:  December 15, 2023

*CLERK OF COURT*

SEAN F. McAVOY

s/ Sara Gore
    *(By) Deputy Clerk*
Sara Gore